IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| MONOLITHIC POWER SYSTEMS, INC., CHENGDU MONOLITHIC POWER SYSTEMS CO., LTD., *Plaintiff* | § § § § § § | W-20-CV-00876-ADA |
| -v- | § § | |
| MERAKI INTEGRATED CIRCUIT(SHENZHEN) TECHNOLOGY, LTD., PROMATE ELECTRONIC CO., LTD., *Defendants* | § § § § § § § | |

# CLAIM CONSTRUCTION ORDER

The Court held a *Markman* hearing on September 7, 2021. During that hearing, the Court provided its final constructions. The Court now enters those claim constructions.

**SIGNED** this 9th day of September, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

| Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Final Construction |
|---|---|---|---|
| "light load control circuit"<br><br>U.S. Patent No. 8,400,790, Claim 1<br><br>Proposed by Meraki | Plain and ordinary meaning | "a control circuit that enables or disables synchronous rectification based on whether a pre-defined light load condition is sensed" | Plain and ordinary meaning |
| "selectively latching [/turn] off synchronous rectification of said synchronous rectifier"<br><br>U.S. Patent No. 8,400,790, Claim 1<br><br>Proposed by Meraki | Plain and ordinary meaning | This term is indefinite.<br><br>To the extent that it is not indefinite, it should be construed to mean "disabling the synchronous rectification mode so that said synchronous rectifier is in a nonsynchronous rectification mode under light load conditions based upon a comparison between the gate voltage of the synchronous rectifier and a predefined threshold voltage." | Not indefinite. Plain and ordinary meaning |
| "pulse circuit"<br><br>U.S. Patent No. 10,432,104, Claim 1, 3, 5, 8-10<br><br>Proposed by Meraki | Plain and ordinary meaning | Plain and ordinary meaning. It means "a circuit that when triggered will generate a pulse having a finite width" | Plain-and-ordinary meaning |

| Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Final Construction |
|---|---|---|---|
| "synchronous rectifier"<br><br>U.S. Patent No. 10,432,104, Claim 1, 3, 5, 8-10<br><br>Proposed by Meraki | Plain and ordinary meaning | "MOSFET (Metal Oxide Semiconductor Field Effect Transistor) used to rectify the signal on the secondary of the transformer in a flyback converter" | Plain-and-ordinary meaning |
| "voltage across the synchronous rectifier"<br><br>U.S. Patent No. 10,432,104, Claim 1, 3, 11<br><br>Proposed by Meraki | Plain and ordinary meaning | "a drain-source voltage VDS, i.e., the difference between the drain and source voltages of the synchronous rectifier and not the drain voltage alone" | Plain and ordinary meaning |
| "pulse maintaining [/maintains for] a [preset] time period"<br><br>U.S. Patent No. 10,432,104, Claim 1, 3, 11<br><br>Proposed by Meraki | Plain and ordinary meaning | "pulse width maintaining/maintains for a preset time period" | Plain-and-ordinary meaning |

| Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Final Construction |
|---|---|---|---|
| "the [pulse] time period [of the pulse signal] could be adjusted by the slew rate threshold adjusting signal"<br><br>U.S. Patent No. 10,432,104, Claim 1, 8<br><br>Proposed by Meraki | Plain and ordinary meaning | This term is indefinite.<br><br>To the extent that it is not indefinite, it should be construed to mean "pulse width of the pulse signal could be adjusted by the adjustable slew rate voltage threshold that is compared to the drain-source voltage of the synchronous rectifier MOSFET." | Not indefinite. Plain-and-ordinary meaning. |
| "energy storage component"<br><br>U.S. Patent No. 10,432,104, Claim 1<br><br>Proposed by Meraki | Plain and ordinary meaning | "a transformer" | Plain and ordinary meaning |