1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| MONOLITHIC POWER SYSTEMS, INC., a Delaware Corporation;<br><br>Plaintiff,<br><br>v.<br><br>WEI DONG, an individual; and LIN SHENG, an individual,<br><br>Defendants.<br><br>**Consolidated with 22-cv-1986**<br>**This document applies to all actions.** | Case No. 4:20-cv-6752-JSW<br><br>**ORDER TO CONSOLIDATE CASE WITH RELATED CASE NO. 4:22-cv-01986 FOR PRE-TRIAL PURPOSES AND VACATE CURRENT CASE DEADLINES; SETTING CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Jeffrey S. White,<br>Magistrate Judge: Hon. Laurel Beeler |
|---|---|

Before the Court is the Joint Stipulation of the parties to consolidate for pre-trial purposes this case with Case No. 22-cv-01986 also pending before this Court, and vacate the current case deadlines in this case pending the July 1, 2022 Case Management Conference in Case No. 22-cv-01986.  After considering the papers submitted by counsel, and good cause appearing therefor, the Court rules that the Parties stipulation should be **GRANTED**, as follows:

1. This case is hereby consolidated with Case No. 22-cv-1986 for pre-trial purposes, with the question of trial consolidation to be addressed at a later date.

2. Going forward the parties shall file all pleadings in the lead case, 20-cv-6572 with the notation "This Document Applies to All Actions", unless a filing relates solely to case 22-cv-1986.

3. The current deadlines set for this case in the August 13, 2021 Scheduling Order (Dkt No. 45) are hereby vacated;

4. The Court sets these consolidate matters for a case management conference on July 1, 2022 at 11:00 a.m., and Orders the parties to confer on a consolidated pre-trial schedule for this case and Case No. 22-cv-01986 to be presented in the Case Management Statement due June 24, 2022, filed in accordance with paragraph 1 above.  The parties will include any other issues regarding pre-trial consolidation that the parties believe the Court will need to consider at the July 1, 2022 Case Management Conference.

**IT IS SO ORDERED.**

Dated: May 24, 2022

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE