UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., a Delaware Corporation; and CHENGDU MONOLITHIC POWER SYSTEMS CO., LTD., a Chinese Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>MERAKI INTEGRATED CIRCUIT (SHENZHEN) TECHNOLOGY, LTD., a Chinese corporation,<br><br>Defendant. | Case No. 4:22-cv-1986-JSW<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Judge: Hon. Jeffrey S. White,<br>Magistrate Judge: Hon. Laurel Beeler |

1 | Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is stipulated and agreed by and between the undersigned attorneys on behalf of Plaintiff Monolithic Power Systems, Inc. and Chengdu Monolithic Power Systems Co., Ltd. (collectively, "MPS") and Defendant Meraki Integrated Circuit (Shenzhen) Technology, Ltd. ("Meraki" or "Defendant"), that Case No. 4:22-cv-1986-JSW is hereby dismissed without prejudice.

It is further stipulated and agreed that each party will bear its own costs, expenses and attorneys' fees.

**SO STIPULATED.**

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: August 24, 2023 | **PERKINS COIE LLP** |
| 3 | | By: */s/ John D. Esterhay* |

John P. Schnurer, Bar No. 185725
JSchnurer@perkinscoie.com
John D. Esterhay, Bar No. 282330
JEsterhay@perkinscoie.com
Miguel J. Bombach, Bar No. 274287
MBombach@perkinscoie.com
PERKINS COIE LLP
11452 El Camino Real, Suite 300
San Diego, CA 92130-2080
Telephone: 858.720.5700
Facsimile: 858.720.5799

Janice L. Ta (Pro Hac Vice)
JTa@perkinscoie.com
PERKINS COIE LLP
500 W 2nd Street, Suite 1900
Austin, TX 78701
Telephone: (737) 256-6125
Facsimile: (737) 256-6300

W. Matthew Pierce (Pro Hac Vice)
WPierce@perkinscoie.com
PERKINS COIE LLP
1900 Sixteenth Street, Suite 1400
Denver, CO 80202-5255
Telephone: (303) 291-2369
Facsimile: (303) 291-2400

Attorneys for Plaintiffs
Monolithic Power Systems, Inc., and
Chengdu Monolithic Power Systems Co.,
Ltd.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED:  August 24, 2023 | **MORGAN, LEWIS & BOCKIUS LLP** |
| 3 | | By: */s/ Andrew J. Gray IV* |
| 4 | | Seth M. Gerber, Bar No. 202813 |

DATED:  August 24, 2023                                **MORGAN, LEWIS & BOCKIUS LLP**

By: */s/ Andrew J. Gray IV*

Seth M. Gerber, Bar No. 202813
seth.gerber@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
2049 Century Park East, Suite 700
Los Angeles, CA 90067-3109
Telephone:  310.907.1000
Facsimile:   310.907.1001

Andrew J. Gray IV, Bar No. 202137
andrew.gray@morganlewis.com
Shaobin Zhu, Bar No. 257626
MORGAN, LEWIS & BOCKIUS LLP
1400 Page Mill Road
Palo Alto, CA 94304
Telephone:  650.843.4000
Facsimile:   650.843.4001

Eric Kraeutler
PA Bar No. 32189 (*Pro Hac Vice*)
eric.kraeutler@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
Telephone:  215.963.5000
Facsimile:   215.963.5001

Attorneys for Defendants
Meraki Integrated Circuit (Shenzhen) Technology, L.T.D., Wei Dong and Lin Sheng

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, I, John D. Esterhay, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed August 24, 2023, at San Diego, State of California.

                                                             */s/ John D. Esterhay*
                                                             John D. Esterhay